UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

KENAND HONORE, Petitioner,

v. Civil Action No. 4:26-cv-684-DJH

MIKE LEWIS, Jailer, Hopkins County Jail
et al., Respondents.[1]

* * * * *

**ORDER**

Petitioner Kenand Honore, proceeding pro se, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241. Upon review of the petition, it is hereby

**ORDERED** as follows:

(1) The Clerk of Court shall **serve** the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2) The Clerk of Court shall **forward by certified mail, return receipt requested** one copy of the petition (D.N. 1) and this Order on Respondent Mike Lewis.

(3) The Court finds good cause under 28 U.S.C. § 2243 to set the schedule for the return and hearing as set forth below.

(4) **On or before November 5, 2026**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted. *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

(5) Petitioner may file a reply **on or before November 12, 2026**.

---

[1] The petition refers to Mike Lewis as the "Warden" of Hopkins County Jail. (Docket No. 1, PageID.1, 7 ¶ 22) Mike Lewis is the Jailer of Hopkins County Jail. *See Kashyap v. Lewis*, No. 4:26-cv-567-DJH, 2026 WL 3218655, at *1 (W.D. Ky. Oct. 27, 2026) (referring to Mike Lewis as "Hopkins County Jailer"). The petition also names Pam Bondi as the Attorney General of the United States. (D.N. 1, PageID.1, 6 ¶ 19) Pursuant to Federal Rule of Civil Procedure 25(d), the Court will order that the current Attorney General, Todd Blanche, be automatically substituted as a respondent. The Court will order that the docket be modified accordingly.

(6) If either party requests an evidentiary hearing, they shall so advise the Court by written motion **on or before November 5, 2026**. *See* 28 U.S.C. § 2243. In the event of an evidentiary hearing, Petitioner may appear by Zoom if the option is available with the Hopkins County Jail. Counsel may contact the Court's case manager, Natalie Thompson, at NThompson@kywd.uscourts.gov to arrange for Petitioner to appear by Zoom.

(7) The Clerk of Court is **DIRECTED** to correct the docket of this matter to reflect that Mike Lewis is Jailer of the Hopkins County Jail. The Clerk of Court is further **DIRECTED** to substitute Todd Blanche, Attorney General of the United States, as a respondent in the record of this matter.

October 30, 2026

**David J. Hale, Chief Judge**
**United States District Court**